PRUDENTIAL HOME MORTGAGE COMPANY, INC. *v.*
HANS G. REICHARDT ET AL.

The petition by the defendants Hans G. Reichardt and Doreen L. Reichardt for certification for appeal from the Appellate Court (AC 13831) is denied.

*Hans G. Reichardt,* pro se, and *Doreen L. Reichardt,* pro se, in support of the petition.

*Neil A. Lippman,* in opposition.

Decided April 17, 1995

CITICORP MORTGAGE, INC. *v.* TODD BAINER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 14127) is denied.

*Todd R. Bainer,* in support of the petition.

*Raymond C. Bliss,* in opposition.

Decided April 17, 1995

STANLEY V. TUCKER *v.* TOWN OF TORRINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 940 (AC 12760), is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Albert G. Vasko,* corporation counsel, in opposition.

Decided April 17, 1995